IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTA L. STRESSENGER, )<br>)<br>Plaintiff, )<br>)<br>   v.                            )<br>)<br>CONNECTICUT GENERAL LIFE INSURANCE )<br>COMPANY OF AMERICA,              )<br>)<br>Defendant.       )<br>_____ ) | 2:05-cv-01623-GEB-KJM<br><br><u>ORDER RE SETTLEMENT<br>AND DISPOSITION<br>AND ORDER CONTINUING<br>STATUS (PRETRIAL SCHEDULING)<br>CONFERENCE</u> |

On October 31, 2005, the parties filed a Joint Status Report which states this case has been resolved. The parties have until 4:30 p.m. on November 21, 2005, to file a document or documents which could effect dismissal. <u>See</u> L.R. 16-160(b). Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice and a dismissal order could be filed. <u>See</u> L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

To give the parties sufficient time to file the document or documents dismissing this action, the Status (Pretrial Scheduling)

1

1  Conference currently scheduled for November 14, 2005, is continued to
2  December 12, 2005, at 9:00 a.m.  A joint status report shall be filed
3  no later than November 28, 2005.[1]
4
5              IT IS SO ORDERED.

DATED:  November 7, 2005

                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.